**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Miguel Angel PEREZ, Defendant– Appellant.**

No. 05–50031. Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided April 12, 2006.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Miguel Angel Perez, Big Spring, TX, pro se.

Alex A. Melendez, El Paso, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Counsel for Miguel Angel Perez has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our review of counsel's brief, Perez's response, and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

cordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.